January 28, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00065-CV

CITY OF RIO VISTA, Appellant

V.

JOHNSON COUNTY SPECIAL UTILITY DISTRICT, Appellee

This cause, an accelerated interlocutory appeal from an order denying a plea to the jurisdiction in favor of appellee, Johnson County Special Utility District, signed September 11, 2023, was heard on the appellate record. We have inspected the record and find reversible error. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that the trial court lacked jurisdiction over Johnson County Special Utility District's claims for the reasons provided in the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Johnson County Special Utility District.

We further order this decision certified below for observance.

Judgment Rendered January 28, 2025.

Panel Consists of Chief Justice Brister and Justices Field and Farris. Opinion delivered by Justice Field.